UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| INTERCO TIRE CORPORATION | CIVIL ACTION NO. 17-319 |
| VERSUS | JUDGE ROBERT G. JAMES |
| EARTH ART GEMS & JEWELRY | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Unopposed Motion to Dismiss Without Prejudice [Doc. No. 8] is GRANTED, and any and all claims and causes of action asserted by Plaintiff Interco Tire Corporation against Defendant Earth Art Gems & Jewelry are DISMISSED WITHOUT PREJUDICE, with Plaintiff to bear all costs and each party to bear its own attorneys' fees.

Monroe, Louisiana, this 28th day of August, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE